**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JOHN F. LEMKE,** | 1:12-cv-1596 AWI DLB |
| **Plaintiff**, | |
| v. | ORDER VACATING HEARING DATE OF DECEMBER 17, 2012, AND TAKING MATTER UNDER SUBMISSION |
| **WELLS FARGO BANK, N.A.; LOANCITY; US BANK, N.A., as trustee for CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.; CSMC MORTGAGE BACKED PASS-THROUGH CERTIFICATES SERIES 2006-7; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS; AMERICA'S SERVICING COMPANY; NDEX WEST, LLC; and DOES 1 through 10, inclusive,** | |
| **Defendants.** | |

In this action for damages and declaratory relief, defendants Wells Fargo Bank, et al. ("Defendants") have filed motions to dismiss the complaint of John F. Lemke ("Plaintiff") or to strike the complaint in whole or in part. The motions, consisting of documents filed at Docket Numbers 7, 8, 9, and 10, were scheduled for oral argument to be held on December 17, 2012. The Court has reviewed Defendants' motions. Any opposition to Defendants' motions was due not later than December 7, 2012. Since no pleadings were filed by Plaintiff as of that date, Defendants' motions may not be opposed at oral argument. Local Rule 78-230(b). The court has

determined that the motions are suitable for decision without oral argument. Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 17, 2012, is VACATED, and no party shall appear at that time. As of December 17, 2012, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   December 13, 2012

UNITED STATES DISTRICT JUDGE