Case 1:12-cv-01596-AWI-SAB   Document 16   Filed 02/01/13   Page 1 of 2

JOHN F. LEMKE
110 Bridlewood Lane
Copperopolis, California 95228



FILED

FEB 0 1 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JOHN F. LEMKE, <br><br> Plaintiff, <br><br> v. <br><br> WELLS FARGO, N.A., LOANCITY; US BANK NATIONAL ASSOCIATION FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSMC MORTGAGE BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-7, MORTGAGE ELECTRONIC REGISTRY SYSTEMS (MERS); AMERICAS SERVICING COMPANY (ASC); NDEX WEST, LLC., and Does I - X, Inclusive, <br><br> Defendants. | Case No.: 12-cv-01596-AWI-DLB <br><br> **NOTICE OF VOLUNTARY DISMISSAL** <br><br> FRCP Rule 41(a) |

**TO DEFENDANTS, THEIR COUNSELS, AND ALL INTERESTED PARTIES:**

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff JOHN F. LEMKE hereby notifies this Court and the parties that he voluntarily dismisses, without prejudice, all his claims against all Defendants. Rule 41(a) provides that a notice of dismissal is appropriate for voluntary withdrawal "before the opposing party serves either an answer or a motion for summary judgment."

NOTICE OF VOLUNTARY DISMISSAL                                    Page 1

In this case, Defendants have filed neither an answer nor a motion for summary judgment. Plaintiff filed this action on September 28, 2012; Defendants filed a Motion to Dismiss and Motion to Strike on or about October 30, 2012. While Defendants have filed pleadings, including their Motion to Dismiss, they have yet to file the documents necessary to forestall a voluntary dismissal by notice. In *Wilson v. City of San Jose*, the Ninth Circuit explained:

Under Rule 41(a)(1), a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant for an answer or a motion for summary judgment. *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) (citing *Hamilton v. Shearson-Lehman American Express*, 813 F.2d 1532, 1534 (9th Cir. 1987)). A plaintiff may dismiss his action so long as the plaintiff files a notice of dismissal prior to the defendant's service of an answer or motion for summary judgment. The dismissal is effective on filing and no court order is required. Id. The plaintiff may dismiss some or all of the defendants, or some or all of his claims, through a Rule 41(a)(1) notice. Id.; *Pedrina v. Chun*, 987 F.2d 608, 609-10 (9th Cir. 1993). The filing of a notice of voluntary dismissal with the court automatically terminates the action as to the defendants who are the subjects of the notice. *Concha*, 62 F.2d at 1506. Unless otherwise stated, the dismissal is ordinarily without prejudice to the plaintiff's right to commence another action for the same cause against the same defendants. Id. (citing *McKenzie v. Davenport-Harris Funeral Home*, 834 F.2d 930, 934-35 (9th Cir. 1987)). Such a dismissal leaves the parties as though no action had been brought. Id. *Wilson v. City of San Jose,* 111 F.3d 688, 692 (9th Cir. 1997

Respectfully submitted,

Dated: January 31, 2013.

By: _____
JOHN F. LEMKE, Plaintiff in Pro Per

It is so Ordered. Dated: 2-1-13

_____
United States District Judge

NOTICE OF VOLUNTARY DISMISSAL                                        Page 2